# Third District Court of Appeal
## State of Florida

Opinion filed August 6, 2026.
Not final until disposition of timely filed motion for rehearing.

————————————

No. 3D26-1234
Lower Tribunal No. F09-19670

————————————

**Dexter A. Davis,**
Appellant,

vs.

**State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Daryl E. Trawick, and Ellen Sue Venzer, Judges.

Dexter A. Davis, in proper person.

James Uthmeier, Attorney General, for appellee.

Before LOGUE, LINDSEY, and LOBREE, JJ.

PER CURIAM.

Affirmed.